UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUAN PEREZ,<br><br>      Plaintiff,<br><br>v.<br><br>COBB COUNTY and THOMAS BASTIS, in his individual and official capacities,<br><br>      Defendants. | Civil Action No. 1:16-cv-00902-SCJ |

**PLAINTIFF'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

    (1)    The undersigned counsel of record for Plaintiff Juan Perez certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

        (a)    Juan Perez, Plaintiff.

        (b)    Thomas Bastis, Defendant.

        (c)    Cobb County, Georgia, Defendant.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

    (a)     For the Plaintiff:     Kenneth B. Hodges III
Andre T. Tennille III
KEN HODGES LAW
2719 Buford Highway, N.E.
Atlanta, Georgia 30324
(404) 692-0488

H. Maddox Kilgore
Carlos J. Rodriguez
KILGORE & RODRIGUEZ, LLC
36 Ayers Avenue
Marietta, Georgia 30060
(770) 693-4638

    (b)     For Defendants:     Deborah L. Dance
Austin D. Roberson
H. William Rowling, Jr.
COBB COUNTY ATTORNEY'S OFFICE
100 Cherokee Street, Suite 350
Marietta, Georgia 30090
(770) 528-4000

George M. Weaver
HOLLBERG & WEAVER, LLP
2921 Piedmont Road, N.E., Suite C
Atlanta, Georgia 30305
(404) 760-1116

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

 (a) For the Plaintiff: Kenneth B. Hodges III
   Andre T. Tennille III
   KEN HODGES LAW
   2719 Buford Highway, N.E.
   Atlanta, Georgia 30324
   (404) 692-0488

   H. Maddox Kilgore
   Carlos J. Rodriguez
   KILGORE & RODRIGUEZ, LLC
   36 Ayers Avenue
   Marietta, Georgia 30060
   (770) 693-4638

 (b) For Defendants: Deborah L. Dance
   Austin D. Roberson
   H. William Rowling, Jr.
   COBB COUNTY ATTORNEY'S OFFICE
   100 Cherokee Street, Suite 350
   Marietta, Georgia 30090
   (770) 528-4000

   George M. Weaver
   HOLLBERG & WEAVER, LLP
   2921 Piedmont Road, N.E., Suite C
   Atlanta, Georgia 30305
   (404) 760-1116

[Signature on following page]

Dated: June 20, 2016.   Respectfully submitted,

/s/ *Andre T. Tennille III*
Kenneth B. Hodges III
Georgia Bar No. 359155
Andre T. Tennille III
Georgia Bar No. 940510
KEN HODGES LAW LLC
2719 Buford Highway, N.E.
Atlanta, Georgia 30324
(404) 692-0488
ken@kenhodgeslaw.com
dre@kenhodgeslaw.com

H. Maddox Kilgore
Georgia Bar No. 417548
Carlos J. Rodriguez
Georgia Bar No. 784163
KILGORE & RODRIGUEZ LLC
36 Ayers Avenue
Marietta, Georgia 30060
(770) 693-4638
kilgore.law@comcast.net
cjrodriguez.law@gmail.com

*Counsel for Juan Perez*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUAN PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>COBB COUNTY and THOMAS BASTIS, in his individual and official capacities,<br><br>    Defendants. | Civil Action No. 1:16-cv-00902-SCJ |

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system, which will automatically serve the filing on opposing counsel:

George M. Weaver
HOLLBERG & WEAVER, LLP
2921 Piedmont Road, N.E.
Suite C
Atlanta, Georgia 30305

Deborah L. Dance
H. William Rowling, Jr.
Austin D. Roberson
COBB COUNTY ATTORNEY'S OFFICE
100 Cherokee Street
Suite 350
Marietta, Georgia 30090

Dated: June 20, 2016.

/s/ *Andre T. Tennille III*
Andre T. Tennille III
Georgia Bar No. 940510