# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUAN PEREZ, ) | |
|     Plaintiff, ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:16-cv-00902-SCJ |
| COBB COUNTY and THOMAS ) | |
| BASTIS, in his individual and ) | |
| Official Capacities ) | |
|     Defendants. ) | |

## CONSENT MOTION TO EXTEND DEADLINES FOR INITIAL FILINGS

COME NOW Defendants in the above-styled case and, pursuant to Fed. R. Civ. 12(B)(6) and LR 7.1, NDGa., move the Court, with Plaintiff's consent, in the interest of judicial economy, and for the parties' and witnesses' convenience, to extend the initial filings deadlines for the Rule 26 Conference (LR 16.1, NDGa.), the filing of the Joint Preliminary Planning Report and Discovery Plan (LR 16.2, NDGa.), and Initial and Expert Disclosures (LR 26.1, NDGa.) to be due 30 days after the Court's Order on Defendants' pending Motion to Dismiss Plaintiff's First Amended Complaint. Again, Plaintiff consents to this modest modification to the litigation scheduling.

## CERTIFICATE OF TYPE STYLE

This document was prepared using Times New Roman 14 point font.

Respectfully submitted this 22nd day of June, 2016.

                                        COBB COUNTY ATTORNEY'S OFFICE
                                        Attorneys for Defendant(s)

                                        By:   */s/Austin D. Roberson*
                                                   AUSTIN D. ROBERSON
                                                   Associate County Attorney
                                                   State Bar No. 850344
                                                   H. WILLIAM ROWLING, JR.
                                                   Assistant County Attorney
                                                   State Bar No. 617225

100 Cherokee Street, Suite 350
Marietta, GA  30090
770-528-4000 (phone)
770-528-4010 (facsimile)

                                                   */s/George M. Weaver*
                                                   Attorney for Defendants
                                                   State Bar No. 743150

HOLLBERG & WEAVER, LLP
2921 Piedmont Road, N.E.
Suite C
Atlanta, Georgia 30305
(404) 760-1116

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUAN PEREZ, )<br>    Plaintiff, )<br>v. )<br>)<br>COBB COUNTY and THOMAS )<br>BASTIS, in his individual and )<br>Official Capacities )<br>    Defendants. ) | CIVIL ACTION FILE NO.<br>1:16-cv-00902-SCJ |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the Consent Motion to Extend Deadlines for Initial Filings with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Kenneth B. Hodges III, Esq.　　　H. Maddox Kilgore, Esq.
Andre T. Tennille III, Esq.　　　　Carlos J. Rodriguez, Esq.
KEN HODGES LAW LLC　　　　KILGORE & RODRIGUEZ LLC
2719 Buford Hwy, N.E.　　　　　36 Ayers Avenue
Atlanta, Georgia 30324　　　　　Marietta, Georgia 30060

This the 22nd day of June, 2016.

[Signature on Following Page]

                COBB COUNTY ATTORNEY'S OFFICE

                Attorney for Defendants
                By:*/s/Austin D. Roberson*
                      AUSTIN D. ROBERSON
                      Associate County Attorney
                      State Bar No. 850344

100 Cherokee Street, Suite 350
Marietta, GA  30090
770-528-4000 (phone)
770-528-4010 (facsimile)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUAN PEREZ,                )  | |
|     Plaintiff,     ) | |
| v.                          ) | CIVIL ACTION FILE NO. |
|                             ) | 1:16-cv-00902-SCJ |
| COBB COUNTY and THOMAS      ) | |
| BASTIS, in his individual and ) | |
| Official Capacities         ) | |
|     Defendants.   ) | |

## ORDER

Having read and considered Defendants Cobb County and Thomas Bastis' Motion to extend the initial filings deadlines for the Rule 26 Conference (LR 16.1, NDGa.), the filing of the Joint Preliminary Planning Report and Discovery Plan (LR 16.2, NDGa.), and Initial and Expert Disclosures (LR 26.1, NDGa.) to be due 30 days after the Court's Order on Defendants' pending Motion to Dismiss Plaintiff's First Amended Complaint, the Court hereby **GRANTS** said consent motion.

These initial filings for all parties will be due 30 days after the Court's ruling on the Defendants' Motion to Dismiss.

**SO ORDERED** this ____ day of _____, 2016.

_____
HON. STEVEN C. JONES
JUDGE, UNITED STATES DISTRICT COURT

Presented by:

By:/s/Austin D. Roberson
AUSTIN D. ROBERSON
Associate County Attorney
State Bar No. 850344
100 Cherokee Street, Suite 350
Marietta, GA  30090
770-528-4000 (phone)
770-528-4010 (facsimile)