# HOLLBERG & WEAVER, LLP
ATTORNEYS AND COUNSELORS AT LAW

2921 PIEDMONT ROAD, N.E.
SUITE C
ATLANTA, GEORGIA 30305

TELEPHONE 404 760-1116
TELECOPIER 404 760-1136
E-MAIL FIRM@HW-LAW.COM
WWW.HOLLBERGWEAVER.COM

WILLIAM B. HOLLBERG
GEORGE M. WEAVER
ERIC P. WILBORN

JOHN LOVELL (GA & NY)
OF COUNSEL

May 13, 2016

Ms. Pamela Wright
Chambers of Honorable Steve C. Jones
US District Court – Chambers 1967
Richard B. Russell Federal Bldg.
75 Ted Turner Drive SW
Atlanta, GA 30303

Re: *Perez v. Cobb County, Cobb County Police Department, and Thomas Bastis*
Civil Action File No.: 1:16-cv-00902-SCJ (N.D.Ga.)
Leave of Absence – George M. Weaver

Dear Ms. Wright:

I am lead counsel for Defendants in the above-styled case. Pursuant to L.R. 83.1(E)(3), please accept this letter as my request for a leave of absence in this case for the following time period: July 5, 2016 – July 18, 2016 for planned family vacation out-of-state.

Thank you for your attention to this matter. If there is any question or problem regarding this request, please let me know.

Sincerely,

George M. Weaver
Attorney for Defendants Cobb County, Georgia, Cobb County Police Department, and Tom Bastis

GMW/bs
cc: Kenneth B. Hodges, III, Esq.

Andre T. Tennille, III, Esq.
H. Maddox Kilgore, Esq.
Carlos J. Rodriguez, Esq.