UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUAN PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>COBB COUNTY and THOMAS BASTIS, in his individual and official capacities,<br><br>    Defendants. | Civil Action No. 1:16-cv-00902-SCJ |

**CONSENT MOTION TO EXTEND DISCOVERY**

The parties move the Court to extend discovery by 60 days. They have worked diligently to complete discovery, having exchanged written discovery and having taken several depositions. But because discovery has been stayed for Cobb County, it cannot be completed by the scheduled deadline, September 29, 2017. These circumstances did not exist when the parties filed the Joint Preliminary Report and Discovery Plan. Nor could they have anticipated them. The parties thus respectfully request that the Court extend discovery to November 28, 2017. A proposed order is attached.

Dated: September 25, 2017    Respectfully submitted,

*/s/ George M. Weaver*      /s/ *Andre T. Tennille III*
George M. Weaver            Kenneth B. Hodges III
Georgia Bar No. 743150      Georgia Bar No. 359155
HOLLBERG & WEAVER LLP       Andre T. Tennille III
2921 Piedmont Road, N.E.    Georgia Bar No. 940510
Suite C                     KEN HODGES LAW LLC
Atlanta, Georgia 30305      2719 Buford Highway, N.E.
(404) 760-1116              Atlanta, Georgia 30324
gweaver@hw-law.com          (404) 692-0488
                            ken@kenhodgeslaw.com
H. William Rowling Jr.      dre@kenhodgeslaw.com
Georgia Bar No. 617225
Deborah L. Dance            H. Maddox Kilgore
Georgia Bar No. 203765      Georgia Bar No. 417548
COBB COUNTY ATTORNEY'S      Carlos J. Rodriguez
OFFICE                      Georgia Bar No. 784163
100 Cherokee Street         KILGORE & RODRIGUEZ LLC
Suite 350                   36 Ayers Avenue
Marietta, Georgia 30090     Marietta, Georgia 30060
(770) 528-4000              (770) 693-4638
browling@cobbcounty.org     kilgore.law@comcast.net
ddance@cobbcounty.org       cjrodriguez.law@gmail.com

*Counsel for Defendants*    *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUAN PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>COBB COUNTY and THOMAS BASTIS, in his individual and official capacities,<br><br>    Defendants. | Civil Action No. 1:16-cv-00902-SCJ |

## [PROPOSED] ORDER

The parties have moved the Court to extend discovery by 60 days. They have worked diligently to complete discovery. But because discovery has been stayed for Cobb County, it cannot be completed by the scheduled deadline, September 29, 2017. These circumstances did not exist when the parties filed the Joint Preliminary Report and Discovery Plan. Nor could they have anticipated them. The Court thus grants the Motion and extends the discovery period to November 28, 2017.

IT IS SO ORDERED, this __ day of September, 2017.

_____
Honorable Steve C. Jones
United States District Judge

**CERTIFICATE OF COMPLIANCE WITH LR 5.1B**

I certify that the Consent Motion to Extend Discovery has been prepared in 13-point Century Schoolbook font.

Dated: September 25, 2017    /s/ *Andre T. Tennille III*
                             Andre T. Tennille III
                             Georgia Bar No. 940510

# CERTIFICATE OF SERVICE

I certify that today I filed the Consent Motion to Extend Discovery through the Court's CM/ECF system, which will automatically serve all counsel of record.

Dated: September 25, 2017   /s/ *Andre T. Tennille III*
　　　　　　　　　　　　　　Andre T. Tennille III
　　　　　　　　　　　　　　Georgia Bar No. 940510