# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUAN PEREZ, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:16-cv-0902-SCJ |
| COBB COUNTY and THOMAS BASTIS, in his individual and official capacities, | : |
| Defendants. | : |

## ORDER

This matter appears before the Court on Plaintiff's Motion for *In Camera* Review of Records (Doc. No. [65]).

In his motion, Plaintiff moves the Court to make records from Children's Healthcare of Atlanta at Scottish Rite available to him under O.C.G.A. § 49-5-41(a)(11). However, Plaintiff's motion does not show that he served it upon the Hospital, i.e., the entity in possession of the records in accordance with the applicable statute. O.C.G.A. § 49-5-1(11)(b)(ii).

Accordingly, Plaintiff is **ORDERED** to provide proof of service (as to Children's Healthcare of Atlanta at Scottish Rite) on or before **Monday, November 20, 2017.**

AO 72A
(Rev.8/82)

IT IS SO ORDERED, this 15th day of November, 2017.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)