IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUAN PEREZ,	:
	:
    Plaintiff,	:
	:
v.	:	CIVIL ACTION NO.
	:	1:16-cv-0902-SCJ
THOMAS BASTIS, in his	:
individual and official capacities,	:
	:
    Defendant,	:

## ORDER

Having conducted an *in camera* review of the records from Children's Healthcare of Atlanta at Scottish Rite, the Court **ORDERS** that the records be made available to the parties pursuant to the following protective order to ensure the confidentiality of the records. See O.C.G.A. § 49-5-41(f)(3)(A).[1] This protective order is applicable to all parties, their counsel, and any agent or representative of a party.

The records shall be treated as confidential and shall <u>not</u> be reproduced except as authorized by court order.

---

[1] The original records received by the Court shall be maintained under sealed and only opened by court order.

The records shall be viewed or disclosed only in accordance with the terms and conditions of this Order and the parties' Consent Protective Order (Doc. No. [50]) governing confidential information.

The copied records released to the parties pursuant to this Order shall be returned to the Court or destroyed (using a process for destroying confidential information) upon completion of this civil action.

Any person who fails to obey this protective order (issued pursuant to O.C.G.A. § 49-5-41(f)(3)(A)) may be punished by contempt of court procedures.

Counsel for the Plaintiff and Counsel for the Defendant shall send a courier to chambers to retrieve their copies of the subject records **on Monday, December 11, 2017, between the hours of 9:30 a.m. and 4:30 p.m.**

**IT IS SO ORDERED**, this 6th day of December, 2017.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)