IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUAN PEREZ, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 1:16-cv-0902-SCJ |
| v. | : |
| THOMAS BASTIS, in his | : |
| individual and official capacities, | : |
| Defendant, | : |

## ORDER

It is hereby ordered that the items produced to chambers for *in camera* inspection (in accordance with this Court's order at Doc. No. [73]) be placed under seal in the Clerk's Office.

**IT IS SO ORDERED**, this 6th day of December, 2017.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE