IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| JUAN PEREZ, | |
|---|---|
| Plaintiff, | |
| v. | CIVIL ACTION FILE |
| COBB COUNTY and THOMAS BASTIS, in his individual and official capacities, | NO. 1:16-cv-00902-SCJ |
| Defendants. | |

**SECOND AMENDED NOTICE BY DEFENDANT
BASTIS OF DEPOSITION OF PLAINTIFF PEREZ**

Please take notice that, under Fed. R. Civ. P. 26, 30, 32, Defendant Bastis will take an oral deposition as follows:

| NAME | PLACE | DATE AND TIME |
|---|---|---|
| Juan Perez | KEN HODGES LAW LLC<br>2719 Buford Highway, N.E.<br>Atlanta, Georgia 30324 | 10:00 a.m., Tuesday,<br>January 30, 2018 |

A certified court reporter will be present to take down the testimony by stenographic means. The deposition will also be recorded by audio and video means.

- 2 -

          Respectfully Submitted,

          s/ George M. Weaver
          George M. Weaver      743150

HOLLBERG & WEAVER, LLP
2921 Piedmont Road, N.E., Suite C
Atlanta, Georgia 30305
(404) 760-1116
gweaver@hw-law.com

          Deborah L. Dance      203765
          H. William Rowling, Jr.   617225

Cobb County Attorney's Office
100 Cherokee Street, Suite 350
Marietta, Georgia 30090
(770) 528-4000
ddance@cobbcounty.org
browling@cobbcounty.org

          Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUAN PEREZ,<br><br>   Plaintiff,<br><br>   v.<br><br>COBB COUNTY and THOMAS BASTIS, in his individual and official capacities,<br><br>   Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-00902-SCJ |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing NOTICE BY DEFENDANT BASTIS OF DEPOSITION OF PLAINTIFF PEREZ with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Kenneth B. Hodges III, Esq.
    Andre T. Tennille III, Esq.
    KEN HODGES LAW LLC
    2719 Buford Highway, N.E.
    Atlanta, Georgia 30324

    H. Maddox Kilgore, Esq.
    Carlos J. Rodriguez, Esq.
    KILGORE & RODRIGUEZ LLC
    36 Ayers Avenue
    Marietta, Georgia 30060

This the 19th day of January, 2018.

                                                s/George M. Weaver
                                                George M. Weaver    743150
                                                Attorney for Defendants

HOLLBERG & WEAVER, LLP
2921 Piedmont Road, N.E.
Suite C
Atlanta, GA 30305
404-760-1116
gweaver@hw-law.com