IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUAN PEREZ, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE |
| COBB COUNTY, COBB COUNTY POLICE DEPARTMENT, and THOMAS BASTIS, | NO. 1:16-cv-00902-SCJ |
| Defendants. | |

## NOTICE OF INTENT TO FILE, AND REQUEST
## FOR FILING, DISCOVERY MATERIALS

Defendant Thomas Bastis serves notice of his intent to file with the Court the original deposition transcript and original deposition exhibits of the following person:

1. Juan Perez.

Defendant requests that Plaintiff file with the Court the original deposition transcripts and exhibits of the following persons:

2. Lindsay Gardner, and

3. Thomas Bastis.

These exhibits and depositions should be considered on Defendant Bastis'

pending motion for summary judgment.

Respectfully submitted,

s/George M. Weaver
George M. Weaver        743150
Attorney for Defendant Bastis

HOLLBERG & WEAVER, LLP
2921 Piedmont Road, N.E., Suite C
Atlanta, Georgia 30305
(404) 760-1116
gweaver@hw-law.com

s/H. William Rowling, Jr.
Deborah L. Dance        203765
H. William Rowling, Jr.  617225
Attorneys for Defendant Bastis

Cobb County Attorney's Office
100 Cherokee Street, Suite 350
Marietta, Georgia 30090
(770) 528-4000
ddance@cobbcounty.org
browling@cobbcounty.org

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUAN PEREZ,<br><br>    Plaintiff,<br><br><br>    v.<br><br><br>COBB COUNTY, COBB COUNTY POLICE DEPARTMENT, and THOMAS BASTIS,<br><br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-00902-SCJ |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing NOTICE OF INTENT TO FILE, AND REQUEST FOR FILING, DISCOVERY MATERIALS with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Kenneth B. Hodges III, Esq.
Andre T. Tennille III, Esq.
KEN HODGES LAW LLC
2719 Buford Highway, N.E.
Atlanta, Georgia 30324

H. Maddox Kilgore, Esq.
Carlos J. Rodriguez, Esq.
KILGORE & RODRIGUEZ
LLC
36 Ayers Avenue
Marietta, Georgia 30060

This the 12th day of March, 2018.


s/George M. Weaver
George M. Weaver        743150
Attorney for Defendant Bastis

HOLLBERG & WEAVER, LLP
2921 Piedmont Road, N.E., Suite C
Atlanta, Georgia 30305
(404) 760-1116
gweaver@hw-law.com