Juan Perez vs Cobb County, et al.
Juan Enrique Perez Astudillo

Case 1:16-cv-00902-SCJ   Document 95-4   Filed 04/11/18   Page 1 of 4   Confidential
January 30, 2018

```
 1            IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
 2                   ATLANTA DIVISION
 3    JUAN PEREZ,
 4         Plaintiff,
                              CIVIL ACTION FILE
 5    vs.
                              NO. 1:16-cv-00902-SCJ
 6    COBB COUNTY and THOMAS
      BASTIS, in his individual
 7    and official capacities,
 8         Defendants.
      _____/
 9
10              *CONFIDENTIAL*
11        VIDEOTAPED DEPOSITION OF
12        JUAN ENRIQUE PEREZ ASTUDILLO
13
14
15            January 30, 2018
16            10:06 a.m.
17
18
19
20          2719 Buford Highway, NE
            Atlanta, Georgia 30324
21
22
23
24       Stephanie J. Heisey, CCR, B-1222
25
```

Page 3

```
 1                 INDEX OF EXAMINATION
 2                                              Page
 3    Cross-Examination by Mr. Weaver.............5
 4                 INDEX OF EXHIBITS
 5    Defendant's       Description          Page
 6    Exhibit  1          Affidavit           10
 7    Exhibit  2      Marriage License        25
 8    Exhibit  3        Final Decree          26
 9    Exhibit  4     Settlement Agreement     26
10    Exhibit  5       Parenting Plan         28
11    Exhibit  6       Contempt Order         28
12    Exhibit  7   Declaration of Amanda Perez 29
13    Exhibit  8      Corrective Action       31
14    Exhibit  9      Employment Offer        32
15    Exhibit 10       Personnel File         33
16    Exhibit 11       Resident Card          36
17    Exhibit 12           Photo             38
18    Exhibit 13           Photo             39
19    Exhibit 14    Termination Information   41
20    Exhibit 15      Interrogatories         49
21    Exhibit 16    Letter Dated 09/26/12     87
22    Exhibit 17     Initial Disclosures      76
23    (Original Exhibits are attached to the Original Transcript)
24
25
```

Page 2

```
 1    APPEARANCES OF COUNSEL:
 2    On behalf of the Plaintiff:
 3            DRE TENNILLE, ESQ.
              Ken Hodges Law
 4            2719 Buford Highway, NE
              Atlanta, Georgia 30324
 5            404-692-0488
              dre@kenhodgeslaw.com
 6
 7            H. MADDOX KILGORE, ESQ.
              Kilgore & Rodriguez, LLC
 8            36 Ayers Avenue
              Marietta, Georgia 30060
 9            770-693-4349
              kilgore.law@comcast.net
10
11    On behalf of the Defendant Thomas Bastis:
12            GEORGE M. WEAVER, ESQ.
              Hollberg & Weaver, LLP
13            2921 Piedmont Road, NE
              Suite C
14            Atlanta, Georgia 30305
              404-760-1116
15            gweaver@hw-law.com
16    Also Present:
17            Thomas Bastis
              Jenna Edmunds, Videographer
18
```

Page 4

```
 1    Deposition of Juan Enrique Perez Astudillo
 2              January 30, 2018
 3         (Videotape recorder was turned on.)
 4         THE VIDEOGRAPHER:  We are on the record.
 5    Today's date is January 30th, 2018 and the time
 6    is approximately 10:06 a.m.  This will be the
 7    videotaped deposition of Juan Perez.  Will the
 8    attorneys present please state their name and
 9    whom they represent.
10         MR. WEAVER:  George Weaver for Defendant Tom
11    Bastis.
12         MR. KILGORE:  Maddox Kilgore for the
13    Plaintiff.
14         MR. TENNILLE:  Dre Tennille for the
15    Plaintiff.
16         THE VIDEOGRAPHER:  Will the court reporter
17    please swear in the witness.
18         JUAN ENRIQUE PEREZ ASTUDILLO,
19    being produced and first duly sworn as a witness,
20    testified as follows:
21         MR. WEAVER:  Mr. Perez, you need to put that
22    mic on.  Over.  Microphone out.
23         THE WITNESS:  I don't know how to change --
24         MR. WEAVER:  Can you help him.
25         THE VIDEOGRAPHER:  Yeah.
```

Page 65

1    Q    Do you know whether Detective Bastis, seated
2  here, interviewed Dr. Asia Gifford from the Medlin
3  Treatment Center?
4    A    No.
5    Q    So you don't know what Dr. Gifford would
6  have told Mr. Bastis; correct?
7    A    No.
8    Q    You don't know; is that correct?
9    A    No.
10   Q    That's correct?
11   A    Yes.
12   Q    Do you know whether in January of 2014 after
13 Dr. Gifford had seen -- provided therapy to Giselle
14 for some 16 months or 17 months that -- do you know
15 whether Dr. Gifford told Detective Bastis that she
16 believed that Giselle had been abused or molested.  Do
17 you know whether that happened?
18   A    No.
19   Q    Do you know whether Giselle, your daughter,
20 told Dr. Gifford at Medlin Treatment Center that she
21 would wrestle with your -- with you on the bed when
22 both of you were nude?
23   A    No.
24   Q    Do you know whether Giselle told Dr. Gifford
25 that when that happened she could feel your penis?

Page 66

1    A    No.
2    Q    Okay.  You don't know what she told her?
3    A    No.
4    Q    Did that happen?
5    A    No.
6    Q    Did you wrestle naked with your daughter --
7    A    No.
8    Q    -- on the bed when she was four?
9    A    No.
10   Q    Or five?
11   A    No.  No, I left.
12   Q    Okay.  When she was four?
13   A    I have not had contact with Giselle after
14 2012.
15   Q    Well when she was four you were still having
16 contact.
17   A    I don't have.
18   Q    Well she turned four in February 2012.
19   A    Yes.
20   Q    You continued to see her until July 2012.
21   A    Yes.
22   Q    So during that period did you ever wrestle
23 naked with you daughter --
24   A    No.
25   Q    -- on the bed?  Did you let her feel your

Page 67

1  penis?
2    A    No.
3    Q    But you don't know what Giselle told
4  Dr. Gifford; correct?
5    A    No.
6    Q    Is that correct?
7    A    (Witness nods head.)
8    Q    Is that --
9    A    I don't.
10   Q    What I said is correct.  You don't know what
11 she said to Dr. Gifford?
12   A    I don't know what she said.
13   Q    Okay.  Do you think that sometimes you were
14 too familiar with your daughter in terms of touching
15 her when she was four years old?
16   A    The only thing can I know I take care for my
17 daughter like any other father take care of their own
18 child.
19   Q    Okay.  So here's my question.  When you look
20 back at this when your daughter was four years old and
21 she would visit with you after the divorce, do you
22 think that maybe you were too casual or familiar in
23 touching her?
24   A    I'm touching her like a normal father.
25   Q    So your answer is you don't think you were

Page 68

1  too casual --
2    A    No.
3    Q    -- or familiar?
4    A    No.
5    Q    All right.  I take it you would agree that
6  it would not have been appropriate for a father to
7  show himself nude in front of his
8  four-or-five-year-old daughter.  Would you agree with
9  that?
10   A    I agree.
11   Q    You agree?
12   A    No.
13   Q    You think it's okay?
14   A    You changed the question.
15   Q    Let me ask it again.
16   A    Okay.
17   Q    If a father has a daughter who's four or
18 five years old, would you agree that that father
19 should not show himself naked in front of that child?
20   A    Should not be shown naked.
21   Q    Should not?
22   A    Should not.
23        MR. WEAVER:   Okay.  Well we can take a
24   lunch break.  Then I think I can finish up pretty
25   quickly after lunch.

Page 57

1  Q    Do you recall being told by Detective
2 Largent that Giselle had an irritation in her genital
3 area?
4  A    Yes.
5  Q    Did you ever see that or a rash or anything?
6  A    No, no.
7  Q    Now when you would -- when Giselle would
8 sleep in the bed with you, did she have clothes on?
9  A    Yes.
10  Q    Did you have clothes on?
11  A    Yeah.  Yes.
12  Q    And while you were sleeping in the bed with
13 her, was she touching your body or you touching her
14 body?
15  A    No.
16  Q    Okay.  Do you recall telling Detective
17 Largent that when she would sleep she had to have one
18 hand or leg touching my body.  Do you remember telling
19 her that?
20  A    Yeah.  She touched my head.
21  Q    Your head?
22  A    Yeah.
23  Q    What about the rest your body?
24  A    No, just the head.
25      MR. KILGORE:  George, I'm going to ask if

Page 58

1 you would do us a favor, please, and refer to a
2 specific interview with Detective Largent.  We
3 requested the recordings of the initial interview
4 between Largent and Mr. Perez and we have been
5 denied -- denied those recordings.
6      MR. WEAVER:  I've given -- we've given you
7 all the recordings we have.  The one I'm
8 referring to is June 29th, 2012 which you've been
9 furnished I believe.
10      MR. KILGORE:  Okay.
11      MR. WEAVER:  That's the only one I have.
12 BY MR. WEAVER:
13  Q    Is it your understanding, Mr. Perez, that at
14 some point after the allegations were made by Amanda
15 and Aida Perez about the bathing activity that there
16 was another allegation that was made that Giselle said
17 you had touched your mouth to her bottom when she was
18 naked.  Do you recall hearing that that was an
19 allegation?
20  A    It's not true.  It's not.
21  Q    But did you hear that that allegation was
22 stated?
23  A    Yes.
24  Q    Okay.  And you said that's not true?
25  A    Yeah.

Page 59

1  Q    Is that yes?
2  A    Yes.
3  Q    On the statements you gave -- now you never
4 made a statement to Detective Bastis; right?  You
5 asked for a lawyer when he tried to interview;
6 correct?
7  A    Yes.
8  Q    Okay.  Who was your lawyer at that time?
9  A    I don't have a lawyer.
10  Q    But you asked for a lawyer?
11  A    Yes.
12  Q    Then who was your criminal defense attorney?
13  A    The state provided me one.
14  Q    Okay.  Did Mr. Kilgore end up defending you?
15  A    Who defended me is Carlos Rodriguez.
16  Q    Carlos Rodriguez who's with his office I
17 believe.  Do you know whether your daughter, Giselle
18 Perez, began around August or September of 2012 to see
19 a psychologist at the Medlin, M-E-D-L-I-N, Treatment
20 Center?
21  A    I have no idea.
22  Q    Have you ever heard of a psychologist there
23 named Asia Gifford, G-I-F-F-O-R-D?
24  A    I not sure who's -- who have called me when
25 I'm in Chile to -- somebody have -- somebody -- a

Page 60

1 doctor there to come to have my psychology -- I don't
2 know how you explain how you say.
3  Q    A psychologist?
4  A    Yes.
5  Q    So a psychologist was going to interview
6 you?
7  A    Yes.
8  Q    And that never happened?
9  A    I cannot remember it's this person or not.
10  Q    Okay.  Do you know the name Larae,
11 L-A-R-A-E, Williams?  Another counselor at Medlin
12 Treatment Center.
13  A    No.
14  Q    Do you know whether after Giselle started
15 seeing a psychologist at the Medlin Treatment Center,
16 this would be in 2012, that she reported that she was
17 having nightmares?
18  A    I have no idea.
19  Q    Okay.  Do you know whether Giselle told Asia
20 Gifford, a psychologist at the Medlin Treatment
21 Center, that you had put your face in her bottom when
22 she was naked?
23  A    I don't have no idea about this.
24  Q    Okay.  Do you know whether in March of 2013
25 after you had gone back to Chile that Aida Perez,

Page 61

1   Giselle's grandmother, reported that Giselle's
2   teacher -- this is a report to the Medlin Treatment
3   Center -- reported that Giselle had been acting out
4   sexually at school for two months at that time?
5       A    I have no idea.
6       Q    Do you know whether the grandmother reported
7   to the Medlin Treatment Center, Dr. Gifford, that
8   Giselle's teacher said that she had been cuddling up
9   to another boy, hugging boys during play time, putting
10  her head in a boy's lap.  Do you know whether
11  Giselle's teacher reported that to Aida and Amanda
12  Perez?
13      A    I have no idea.
14      Q    Do you know whether the grandmother Asia --
15  I'm sorry -- Ada -- or Aida Perez reported in June of
16  2013 that -- and this is when the child was five years
17  old -- that the child said or asked if the grandmother
18  had hair on her belly.  And then said that her father
19  which she called Pappy has hair on his belly.  Do you
20  know if that happened?
21      A    No.
22      Q    And then do you know whether the grandmother
23  reported to Dr. Gifford at Medlin Treatment Center
24  that she knew that you had hair on your belly because
25  you showed it to her.  And then Giselle pointed to her

Page 62

1   belly and below her belly as being the place where you
2   had hair.  Do you know if that happened?
3       A    No.
4       Q    Do you know whether Giselle reported to the
5   Medlin Treatment Center, Dr. Gifford and the other
6   therapists there that -- and this was in June of
7   2013 -- that previously when she had been with you
8   that you had allowed Giselle to watch you urinate?
9       A    No.  Never heard that.
10      Q    And that when you urinated she saw the hair
11  on your -- in your pee pee area and on your belly.  Do
12  you know whether Giselle said that?
13      A    No.
14      Q    Did that happen?
15      A    No, of course not.
16      Q    But you don't know what Giselle said?
17      A    No.
18      Q    All right.  Do you know whether -- also in
19  June of 2013 Giselle asked her grandmother, Aida
20  Perez, to put her nose in Giselle's vaginal or genital
21  area.  Do you know whether she did?
22      A    No idea.
23      Q    No idea?
24      A    No.
25      Q    Okay.  And then Giselle said that she was

Page 63

1   thinking about when her father, that's you, did this
2   to her and Giselle said she enjoyed it and wanted the
3   grandmother to do it.  Do you know whether that
4   happened?
5       A    No.
6       Q    Did you ever do that?
7       A    No.
8       Q    Even in a playful way did you ever put your
9   face in her genital area or her rear end?
10      A    No.
11      Q    Okay.  But you don't know what Giselle said
12  to other people; correct?
13      A    No.
14      Q    Do you know whether Giselle in October 2013
15  told the Medlin Treatment Center that when she thought
16  about your father -- her father touching her, she felt
17  mad and she dreamed about it.  Do you know whether
18  that happened?
19      A    No.
20      Q    Do you know whether Amanda -- did she get
21  remarried after the divorce?
22      A    I don't know.
23      Q    Okay.  Do you know if she's married to
24  somebody else today?
25      A    I don't know.

Page 64

1       Q    You have no contact with her?
2       A    No.
3       Q    Do you know whether Amanda at one point had
4   a boyfriend named Ahmad, A-H-M-A-D?
5       A    No.
6       Q    Do you know whether Giselle told people at
7   the Medlin Treatment Center, Dr. Gifford and others,
8   that Ahmad, Amanda's boyfriend, doesn't do what my old
9   dad did.  That would be you.  Which Giselle said was
10  look at her private parts.  Do you know whether
11  Giselle said that?
12      A    No.
13      Q    Have you ever filed bankruptcy?
14      A    No.
15      Q    Have you ever filed in any country --
16      A    No.
17      Q    -- the equivalent of bankruptcy that we have
18  here?
19      A    No.
20      Q    Have any of your creditors, people that you
21  owed money to, have they ever sued you to get the
22  money back?
23      A    I don't know, no.
24      Q    Not that you know of?
25      A    (Witness shakes head.)