## JUDGE A. GREGORY POOLE

### GENERAL BILL OF INDICTMENT

RE: Warrant(s)  
14-W-625

NO. **143034**  
COBB SUPERIOR COURT

WITNESSES:  
**Thomas A Bastis, Cobb County Police Department**

### JULY/AUGUST TERM 2014

### THE STATE OF GEORGIA

### V.

### JUAN ENRIQUE PEREZ

Ct. 1: Child Molestation  
Ct. 2: Child Molestation

_____No_____ BILL    Date __August 28__, 20_14_

**Delivered in open Court by:**

_Cynthia M Pannullo_    _Lisa Reichle_  
Grand Jury Foreperson        Grand Jury Bailiff

REBECCA KEATON, Clerk, S. C.

**D. VICTOR REYNOLDS,**  
**District Attorney, Cobb Judicial Circuit**

**NO BILL**

The Defendant herein waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty.

_____  
Defendant

_____  
Attorney for Defendant

_____  
Assistant District Attorney

The Defendant herein waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty.

_____  
Defendant

_____  
Attorney for Defendant

_____  
Assistant District Attorney

Court Rule: www.cobbsuperiorcourtclerk.co  
Rebecca Keaton  
Clerk of Superior Court  
Cobb County

Page 1

Perez D-000241                                                      Confidentia